UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ISAAC STEWART, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. 1:13-cv-1299-TWP-DKL |
| ) | |
| WENDY KNIGHT, ) | |
| ) | |
| Respondent. ) | |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons set forth in the accompanying Entry, the Court now enters FINAL JUDGMENT in this action in favor of the Respondent and against the Petitioner. The petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

Date: 05/20/2014

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel

Isaac Stewart
200624
Correctional Industrial Facility
Inmate Mail/Parcels
5124 W. Reformatory Rd.
Pendleton, IN 46064